# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | CIVIL ACTION NO. MDL 875 |
| This Document Relates to | |
| ROBERT ZEPPIERI<br>            Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, et al.,<br>            Defendants. | CIVIL NO. 2:12-CV-60135-ER |
| And | |
| RONALD REED<br>            Plaintiff,<br>v.<br>GENERAL ELECTRIC COMPANY, et al.,<br>            Defendants. | CIVIL NO. 2:12-CV-60130-ER |
| And | |
| ROBERT CHOATE<br>            Plaintiff,<br>v.<br>GENERAL ELECTRIC COMPANY, et al., | CIVIL NO. 2:12-CV-60148-ER |

**FILED**
SEP - 7 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## PROPOSED SCHEDULING ORDER

AND NOW, this 7th day of September 2012, following a status conference with counsel, and with the consent of the parties, **IT IS HEREBY ORDERED THAT:**

1. All fact discovery, including depositions, be completed by:                                                                1/14/2013

| | | |
|---|---|---|
| 2. | Plaintiff's final expert reports must be served by: | 1/25/2013 |
| 3. | Defendants' expert reports must be served by: | 2/8/2013 |
| 4. | Any rebuttal expert report shall be served on or before: | 2/15/2013 |
| 5. | Expert discovery must be completed by: | 2/27/2013 |
| 6. | Any motions in limine under *Daubert v. Merrell Dow*, 509 U.S. 579 (1993), must be filed by: | 3/8/2013 |
| 7. | Responses to any *Daubert* motions must be filed by: | 3/22/2013 |
| 8. | Replies to responses to any *Daubert* motions must be filed by: | 3/29/2013 |
| 9. | Any dispositive motions must be filed by: | 3/22/2013 |
| 10. | Responses to any dispositive motions must be filed by: | 4/5/2013 |
| 11. | Replies to any dispositive motions must be filed by: | 4/12/2013 |
| 12. | Counsel will be available for a settlement conference on: | week of 1/14/13 |

BY THE COURT

*[signature]*
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE